IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LOLITA DUGLAS, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-3010 |
| | : | |
| FRED KAMPER, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 15th day of July, 2019, upon consideration of Plaintiff Lolita Duglas's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER, J.**