IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOLITA DUGLAS,** <br>    **Plaintiff** | : <br> : <br> : |
| v. | :    **CIVIL ACTION NO. 19-CV-3010** <br> : |
| **FRED KAMPER,** <br>    **Defendant** | : <br> : |

**ORDER**

**AND NOW**, this 12th day of September, 2019, upon consideration of Plaintiff Lolita Duglas's Motion For Order (ECF No. 6) and *pro se* Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Motion For Order is **DENIED**.

2. The Amended Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

3. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.